MICHAEL BAILEY
United States Attorney
District of Arizona

ERICA L. SEGER
Assistant U.S. Attorney
Arizona State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: erica.seger@usdoj.gov
Attorneys for Plaintiff

✓ FILED ____ LODGED
____ RECEIVED ____ COPY

2020 NOV 12  P 4: 39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-02526 TUC-JCH(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>          vs.<br><br>1. Juan Carlos Rubio,<br>   aka Charley<br>   (Counts 1, 2, 3, 4)<br><br>2. Jesus Guadalupe Diaz Munoz,<br>   aka Chuy<br>   (Counts 1, 2)<br><br>3. Lorena Rodriguez,<br>   (Counts 1, 2, 4)<br><br>                     Defendants. | No:<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. § 371<br>         (Conspiracy)<br>         Count 1<br><br>         18 U.S.C. § 554<br>         (Smuggling Goods From the United<br>         States)<br>         Count 2<br><br>         18 U.S.C. §§ 922(a)(6), 924(a)(2) &<br>         2<br>         (False Statements in Connection<br>         with Acquisition of Firearm and<br>         Aiding and Abetting)<br>         Counts 3-4<br><br>         **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

### COUNT ONE

### CONSPIRACY

From a time unknown to on or about February 18, 2020, in the District of Arizona and elsewhere, Defendants JUAN CARLOS RUBIO, JESUS GUADALUPE DIAZ MUNOZ and LORENA RODRIGUEZ did knowingly and intentionally combine,

1  conspire, confederate, and agree together and with persons known and unknown to the
2  grand jury, to commit offenses against the United States, that is: to knowingly export and
3  send from the United States, and attempt to export and send from the United States, any
4  merchandise, object and article contrary to any law or regulation of the United States, and
5  to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment,
6  and sale of such merchandise, article or object, knowing the same to be intended for
7  exportation contrary to any law or regulation of the United States; in violation of Title 18,
8  United States Code, Section 554(a).

9  **Purpose of the Conspiracy**

10      The purpose of this conspiracy was to commit, and assist in the commission of, the
11  unlawful smuggling of firearms, ammunition and other objects from the United States into
12  the Republic of Mexico.  The firearms, ammunition and other objects smuggled or intended
13  to be smuggled in the course of this conspiracy include:

14      • one DPA RPDS 7.62mm belt-fed rifle, serial number RPDS011751.
15      • one KMP Classic Arms Inc. Model 1919A4, 7.62x51 mm belt-fed firearm, serial
16      number 2335
17      • one Zastava NPAP DF 7.62x39 mm rifle, serial number NPDF003447
18      • 500 AK-47 magazines

19  **The Means and Methods of the Conspiracy**

20      The means and methods employed by Defendants and their co-conspirators to carry
21  out the conspiracy and effect its unlawful objects are as follows:

22      It was part of the conspiracy that certain Defendants and/or co-conspirators would
23  purchase firearms, ammunition and other objects in the District of Arizona and elsewhere.

24      It was a further part of the conspiracy that Defendants and/or co-conspirators who
25  purchased the firearms, ammunition and other objects made the purchases on behalf of
26  other co-conspirators.

27
28

1    It was a further part of the conspiracy that Defendants and/or co-conspirators would
2 provide the funds and directions to the purchasing Defendants and/or co-conspirators to
3 purchase firearms, ammunition and other objects involved in the conspiracy.

4    It was a further part of the conspiracy that Defendants and/or their co-conspirators
5 would provide the funds, instructions, and means of transportation and concealment to
6 facilitate the purchase of these firearms, ammunition and other objects.

7    It was a further part of the conspiracy that Defendants and/or their co-conspirators
8 would transport these firearms, ammunition and other objects within the District of Arizona
9 with the knowledge that the firearms and ammunition were intended to ultimately be
10 transported from the United States into the Republic of Mexico, and/or transport the
11 firearms and ammunition from the United States into the Republic of Mexico.

12    It was a further part of the conspiracy that Defendants and/or their co-conspirators
13 did not have any valid license or other authority to export the firearms and ammunition
14 from the United States into the Republic of Mexico.

15                                    **Overt Acts**

16    In furtherance of the conspiracy, one or more of Defendants and/or their co-
17 conspirators committed, or caused to be committed, the overt acts described below:

18    On or about January 4, 2020, JUAN CARLOS RUBIO won a bid for a DPA RPDS
19 7.62mm belt-fed rifle, serial number RPDS011751 for $3075.00 from
20 www.gunbroker.com based on directions provided to him by JESUS GUADALUPE DIAZ
21 MUNOZ and other co-conspirators, for the purpose of smuggling the firearm from the
22 United States to Mexico.

23    On January 11, 2020, JESUS GUADALUPE DIAZ MUNOZ and JUAN CARLOS
24 RUBIO entered the United States separately, through Nogales, Arizona.

25    On or about January 11, 2020, JUAN CARLOS RUBIO purchased a money order
26 to provide to the seller of the DPA RPDS 7.62mm belt-fed rifle, serial number
27 RPDS011751 with funds provided to him by JESUS GUADALUPE DIAZ MUNOZ.

28

1    On January 18, 2020, JUAN CARLOS RUBIO traveled to James 410, LLC., a
2    licensed dealer of firearms, and picked up the DPA RPDS 7.62mm belt-fed rifle, serial
3    number RPDS011751.

4    On January 18, 2020, JESUS GUADALUPE DIAZ MUNOZ entered the United
5    States in Nogales, Arizona.

6    On January 22, 2020, LORENA RODRIGUEZ purchased 250 AK-47 magazines
7    from Classic Firearms.

8    On January 23, 2020, JUAN CARLOS RUBIO purchased 250 AK-47 magazines
9    from Classic Firearms.

10   On January 25, 2020, JESUS GUADALUPE DIAZ MUNOZ entered the United
11   States in Nogales, Arizona.

12   On or about January 27, 2020, LORENA RODRIGUEZ packed the AK-47
13   magazines in a red suitcase to transport them to Nogales, Arizona to meet JESUS
14   GUADALUPE DIAZ MUNOZ and other co-conspirators, for the purpose of smuggling
15   the AK-47 magazines from the United States to Mexico.

16   On January 27, 2020, JESUS GUADALUPE DIAZ MUNOZ entered the United
17   States through the pedestrian port-of-entry in Nogales, Arizona.

18   On January 31, 2020, JUAN CARLOS RUBIO purchased a Zastava NPAP DF
19   7.62x39 mm rifle, serial number NPDF003447, for $700 from a private seller with funds
20   provided by and at the direction of JESUS GUADALUPE DIAZ MUNOZ.

21   On February 1, 2020, JESUS GUADALUPE DIAZ MUNOZ entered the United
22   States in Nogales, Arizona.

23   On February 3, 2020, JESUS GUADALUPE DIAZ MUNOZ entered the United
24   States in Nogales, Arizona.

25   Prior to February 6, 2020, JUAN CARLOS RUBIO and JESUS GUADALUPE
26   DIAZ MUNOZ contacted LORENA RODRIGUEZ and offered her $2000 to purchase a
27   firearm for JESUS GUADALUPE DIAZ MUNOZ.  LORENA RODRIGUEZ traveled to
28

Nogales, Arizona to pick up the cash and was instructed to bring the firearm to Nogales after she purchased it for transport into Mexico.

On February 6, 2020, LORENA RODRIGUEZ purchased a KMP Classic Arms Inc. Model 1919A4, 7.62x51 mm belt-fed firearm, serial number 2335 for $3650 via www.gunbroker.com.

On February 6, 2020, JUAN CARLOS RUBIO provided LORENA RODRIGUEZ with instructions on how to complete the purchase of the KMP Classic Arms Inc. Model 1919A4, 7.62x51 mm belt-fed firearm, serial number 2335.

On February 18, 2020, LORENA RODRIGUEZ traveled to Liberty Pawn Shop, a licensed dealer of firearms, and picked up the KMP Classic Arms Inc. Model 1919A4, 7.62x51 mm belt-fed firearm, serial number 2335.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

## SMUGGLING GOODS FROM THE UNITED STATES

Between on or about January 1, 2020 and on or about February 18, 2020, in District of Arizona, Defendants JUAN CARLOS RUBIO, JESUS GUADALUPE DIAZ MUNOZ and LORENA RODRIGUEZ did fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, or object, that is:

- one DPA RPDS 7.62mm belt-fed rifle, serial number RPDS011751
- one KMP Classic Arms Inc. Model 1919A4, 7.62x39 mm belt-fed firearm, serial number 2335
- one Zastava NPAP DF 7.62x39 mm rifle, serial number NPDF003447
- 500 AK-47 magazines

which is contrary to the laws and regulations of the United States, to wit: Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1, and did receive, conceal, buy, sell and did in any manner facilitate the transportation, concealment, and sale of such merchandise, article, and object,

1  prior to exportation, knowing the same to be intended for exportation, which is contrary to
2  the laws and regulations of the United States;
3       All in violation of Title 18, United States Code, Section 554.
4  **COUNT THREE**
5  **FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**
6       On or about January 18, 2020, in the District of Arizona, Defendant JUAN
7  CARLOS RUBIO, in connection with the acquisition of a firearm, that is one DPA RPDS
8  7.62mm belt-fed rifle, serial number RPDS011751; from James 410, LLC., a licensed
9  dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,
10 knowingly made a false and fictitious written statement to James 410, LLC., which
11 statement was intended to deceive James 410, LLC. as to a fact material to the lawfulness
12 of such sale of the said firearm to JUAN CARLOS RUBIO under Chapter 44 of Title 18,
13 in that JUAN CARLOS RUBIO, stated that he was the actual transferee/buyer of said
14 firearm when in fact he was acquiring the firearm on behalf of JESUS GUADALUPE
15 DIAZ MUNOZ.
16      All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).
17 **COUNT FOUR**
18 **FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**
19      On or about February 18, 2020, in the District of Arizona, Defendant LORENA
20 RODRIGUEZ, in connection with the acquisition of a firearm, that is one KMP Classic
21 Arms Inc. Model 1919A4, 7.62x51 mm belt-fed firearm, serial number 2335; from Liberty
22 Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United
23 States Code, knowingly made a false and fictitious written statement to Liberty Pawn Shop,
24 which statement was intended to deceive Liberty Pawn Shop as to a fact material to the
25 lawfulness of such sale of the said firearm to LORENA RODRIGUEZ under Chapter 44
26 of Title 18, in that LORENA RODRIGUEZ, stated that she was the actual transferee/buyer
27 of said firearm when in fact she was acquiring the firearm on behalf of JUAN CARLOS
28

1    RUBIO and JESUS GUADALUPE DIAZ MUNOZ and JUAN CARLOS RUBIO aided,

2    abetted, counseled, commanded, induced, and procured such false and fictitious statement.

3          All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2)

4    and 2.

5                                              A TRUE BILL

6                                              /s/

7                                              FOREPERSON OF THE GRAND JURY
                                               Date: November 12, 2020
8

9

10

11   MICHAEL BAILEY
     United States Attorney
12   District of Arizona                       REDACTED FOR
                                               PUBLIC DISCLOSURE
13        /s/

14   ERICA L. SEGER
     Assistant U.S. Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States of America v. Rubio, et al*
*Indictment Page 7 of 7*