AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Lorena Rodriguez
*Defendant*

Case No. CR-20-02526-003-TUC-JCH (EJM)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Lorena Rodriguez,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:371 Conspiracy
18:554 Smuggling Goods from the United States
18:922(a)(6) and 924(a)(2) False Statements in Connection with Acquisition of Firearm; 18:2 Aiding and Abetting

*Issuing officer's signature*

City and state: Tucson, Arizona

ISSUED ON 2:26 pm, Nov 13, 2020
s/ Debra D. Lucas, Clerk

M Rodriguez, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/13/20, and the person was arrested on *(date)* 11/19/20
at *(city and state)* TUCSON, AZ.

Date: 11/19/20  Subject arrested by ATF/USMS
and initialed on 11/20/20
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

cc: AUSA, USMS, PTS
    CC: AUSA Erica Seger, FPD Jordan Malka