GARY M. RESTAINO
United States Attorney
District of Arizona
BRANDON M. BOLLING
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: brandon.bolling@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States America, | Case No. 20-cr-2526 |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S SENTENCING MEMORANDUM |
| Juan Carlos Rubio, | |
| Defendant. | |

The Government has reviewed the Presentence Investigation Report ("PSR") and agrees with the calculations therein. Defendant has a Total Offense Level ("TOL") 23 with a Criminal History Category ("CHC") I, producing a guideline sentencing range ("range") of 46-57 months. There has been no Rule 11 Plea Agreement submitted herein. The PSR recommends that this court depart from the range and sentence defendant to 37 months' imprisonment. The Government agrees with the U.S. Probation Office's recommendation. The Government asserts that sentencing Defendant to 37 months' imprisonment is appropriate based upon his actions and meets the sentencing factors set forth in 18 U.S.C. § 3553(a).

The Government's disagrees with Defendant's request that this court depart further and posits that any sentence below 37 months' imprisonment is not sufficient to achieve the statutory purposes of sentencing as set forth in 18 U.S.C. § 3553(a). Furthermore, the Government asserts that following confinement, an appropriate period of supervised release be adjudged to allow for ongoing monitoring of Defendant and to specifically deter

him from committing any additional crimes.  Defendant has not been found guilty of shoplifting; he committed serious offenses—weapons smuggling and crimes of moral turpitude—for personal financial gain.  Defendant earned confinement in this matter, 37 months' is appropriate under the circumstances, and this Honorable Court should adjudge it.

                          Respectfully submitted,

                          GARY M. RESTAINO
                          United States Attorney
                          District of Arizona

                          BRANDON M. BOLLING
                          Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Copy of the foregoing served electronically or by other means to all parties of record.